**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | : |
|  | :    Chapter 11 |
| PHILADELPHIA RITTENHOUSE DEVELOPER, L.P | : |
|  | :    Bky. No. 10-31201 (SR) |
|  | : |
| Debtor. | : |
|  | : |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
ON BEHALF OF ISTAR TARA, LLC**

**_PLEASE TAKE NOTICE_** that iStar Tara, LLC ("iStar") hereby appears as a party in interest in the above-captioned case and under, *inter alia*, Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in the above-captioned bankruptcy case (including, but not limited to, all papers filed and served in all adversary proceedings in the case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) and all papers served or required to be served in the case be given to and served upon the following persons:

| | | |
|---|---|---|
| Thomas E. Biron | Samuel H. Becker | James T. Smith |
| Blank Rome LLP | Blank Rome LLP | Blank Rome LLP |
| One Logan Square | One Logan Square | One Logan Square |
| 130 N. 18th Street | 130 N. 18th Street | 130 N. 18th Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Telephone: (215) 569-5562 | Telephone: (215) 569-5527 | Telephone: (215) 569-5643 |
| Facsimile: (215) 832-5562 | Facsimile: (215) 832-5527 | Facsimile: (215) 832-5643 |
| Biron@BlankRome.com | Becker@BlankRome.com | Smith-JT@BlankRome.com |

G. Craig Lord
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone:  (215) 569-5496
Facsimile:  (215) 832-5496
Lord@BlankRome.com

Josef W. Mintz
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone:  (215) 569-5528
Facsimile:  (215) 832-5528
Mintz@BlankRome.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affects or seeks to affect in any way the above-captioned debtor or the property of the debtor or its estate, or any of the rights or interests held or asserted by iStar with respect to the debtor or property of the debtor or its estate.

**PLEASE TAKE FURTHER NOTICE** that this Request, pursuant to Bankruptcy Rule 2002, shall not be deemed or construed to be a waiver of any substantive or procedural rights of iStar, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against iStar in this or any related cases or where any proceeding is to be initiated by complaint against iStar under applicable non-bankruptcy law, service shall be made on iStar in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure and applicable non-bankruptcy law, and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the district court; (c) a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the district court withdraw the reference in any matter

subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which iStar is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments iStar expressly reserves.


Dated:  December 31, 2010                    **BLANK ROME LLP**


By:____*/s/ Josef W. Mintz*_____
     Thomas E. Biron (Bar No. 15794)
     Samuel H. Becker (Bar No. 28168)
     James T. Smith (Bar No. 39933)
     G. Craig Lord (Bar No. 16759)
     Josef W. Mintz (Bar No. 208856)
     One Logan Square
     130 N. 18th Street
     Philadelphia, PA 19103
     Telephone:  (215) 569-5500
     Facsimile:  (215) 569-5555

     *Counsel to iStar Tara, LLC*