# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Philadelphia Rittenhouse Developer, L.P.                                Case No.   10-31201
                                                        Debtor,
                                                                                Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Philadelphia Ritt/Dev ARC GP<br>1401 Broad Srteet<br>Clifton, NJ 07013 | | | 49.5% |
| Philadelphia Ritt/Dev G.P. LLC<br>1401 Broad Street<br>Clifton, NJ 07013 | | | 1% |
| Philadelphia Ritt/Dev Wheeler LP<br>1700 Benjamin Franklin Pkwy<br>Ste. 1707<br>Philadelphia, PA 19103 | | | 49.5% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 27, 2011**                        Signature  **/s/ John Decker**
                                                             **John Decker**
                                                             **Manager**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders