### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| PHILADELPHIA RITTENHOUSE DEVELOPER, L.P. | : |
| DEBTOR | : BANKRUPTCY NO. 10-31201 SR |

## ORDER

**AND NOW,** upon consideration of 1) the Motion of iStar Tara LLC for an Order Dismissing the Debtor's Case or, in the alternative, Terminating the Automatic Stay, and 2) the Debtor's Motion to Permit Use of Cash Collateral, the respective answers in opposition thereto, a combined evidentiary hearing held thereon, and the proposed findings of fact, conclusions of law and legal memoranda submitted by the parties, it is hereby:

**ORDERED,** the for the reasons set forth in the attached Opinion, this Chapter 11 case shall be and hereby is DISMISSED.

By the Court:

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: May 25, 2011

Counsel for Debtor
Albert A. Ciardi, III, Esquire
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street
Suite 1930
Philadelphia, PA 19103

Counsel for iStar Tara, LLC:
Thomas E. Biron, Esquire
Blank, Rome, Comisky & McCauley
One Logan Square
Philadelphia, PA 19103

Steven D. Usdin, Esquire
Cohen Seglias Pallas Greenhall & Furman
United Plaza
30 South 17th Street
19th Floor
Philadelphia, PA 19103

Allen B. Dubroff, Esquire
101 Greenwood Ave
Fifth Floor
Jenkintown, PA 19046

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106